```
 1  René Lastreto II, #100993
    Michael J. Gomez, #251571
 2  Lang, Richert & Patch
    Post Office Box 40012
 3  Fresno, California 93755-0012
    (559) 228-6700 Phone
 4  (559) 228-6727 Fax
    M:\35495\Pleadings\Abandonment Motion\AE for Abandonment Motion.wpd:dc
 5
    Attorneys for Creditor Regent Bank
 6
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 15-30160 DM |
| | Chapter 7 |
| CHRISTOPHER KEVIN STEPHENS, | Honorable Dennis Montali |
| | **APPENDIX OF EXHIBITS IN SUPPORT OF REGENT BANK'S MOTION FOR AN ORDER COMPELLING THE BANKRUPTCY ESTATE'S ABANDONMENT OF 1619 S. NORFOLK AVENUE, TULSA, OKLAHOMA, PURSUANT TO 11 U.S.C. § 554(b)** |
| Debtor. | |
| | Date: June 5, 2015<br>Time: 10:00 a.m.<br>Court: Courtroom 22<br>235 Pine Street, 19th Floor<br>San Francisco, CA 94104 |

Appendix of Exhibits in Support of Regent Bank's Motion to Abandon   -1-

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE:**

Creditor Regent Bank (the "Bank"), respectfully submits the following Appendix of Exhibits in Support of its Motion for an Order Compelling the Bankruptcy Estate's Abandonment of 1619 S. Norfolk Avenue, Tulsa, Oklahoma Pursuant to 11 U.S.C. § 554(b) (the "Motion").

| EXHIBIT | TITLE OF EXHIBIT |
| --- | --- |
| 1 | Legal Description for 1619 S. Norfolk Avenue, Tulsa, Oklahoma 74120 |
| 2 | Universal Note and Security Agreement dated March 7, 2008 |
| 3 | Real Estate Mortgage dated March 7, 2008 [for 1411 S. Quaker Avenue, Tulsa, OK] |
| 4 | Promissory Note dated March 7, 2009 |
| 5 | Mortgage dated March 7, 2009 [for 1619 S. Norfolk Avenue, Tulsa, OK] |
| 6 | Mortgage in favor of Bank of America, N.A. [for 1619 S. Norfolk Avenue, Tulsa, OK] |
| 7 | Promissory Note dated February 25, 2010 |
| 8 | Mortgage dated February 25, 2010 [for 1411 S. Quaker Avenue, Tulsa, OK] |
| 9 | Mortgage dated February 25, 2010 [for 1619 S. Norfolk Avenue, Tulsa, OK] |
| 10 | Petition (without internal exhibits) |
| 11 | Final Journal Entry of Judgment |
| 12 | Sheriff's Return of Writ of Special Execution and Order of Sale |
| 13 | Schedule A |
| 14 | Schedule D |
| 15 | Uniform Residential Appraisal Report of 1619 S. Norfolk Avenue, Tulsa, OK |
| 16 | Schedule C |
| 17 | Sister State Judgment |
| 18 | Abstract of Judgment Recorded in San Francisco County |
| 19 | Notice of Judgment Lien |

| 20 | Tulsa County Assessor Search for 1619 S. Norfolk Avenue, Tulsa, OK |

Dated: April 24, 2015

LANG, RICHERT & PATCH

By: _____
Michael J. Gomez
Attorneys for Creditor
REGENT BANK